EXHIBIT 1

FILED
2009 Jul-22 AM 08:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

Writer's E-Mail Address: jjenkins@pjgf.com

May 2, 2008

VERIZON WIRELESS
P. O. Box 660108
Dallas, Texas   75266

    Re:    Christy Hallman / James J. Jenkins
            Account Number 706499043-00001

Dear Verizon:

    The above referenced account has been closed for some time now. I have discussed this with your company on several occasions by telephone. Each time I have been assured that this account would be closed and that no balance is due; however, I keep getting monthly bills. I will expect you to discontinue this practice and, if you do not do so, I intend to take legal action to force this result. Thank you for your attention to this matter.

                                    Yours very truly,


                                    James J. Jenkins

JJJ/bsm

enc:

P:\BMcAteer\Jenkins.Misc\Verizon.050208.AcctClosed.DiscontinueStmts.wpd

**verizon**wireless

P.O. BOX 105378
ATLANTA, GA 30348

| Manage Your Account | Account Number | Date Due |
|---|---|---|
|  | 706499043-00001 | Past Due |
|  | Invoice Number | 1412890992 |

50021410  01 AB 0.341  **AUTO  T5 1 1415 35402-084848 123   E GEOR1510

CHRISTY HALLMAN
JAMES J JENKINS
PO BOX 20848
PHELPS JENKINS GIBSON & FOWLER
TUSCALOOSA, AL 35402-0848

## Quick Bill Summary                     Mar 16 – Apr 15

| Previous Balance *(see back for details)* | $209.49 |
|---|---|
| No Payment Received | $.00 |
| **Balance Forward Due Immediately** | **$209.49** |
| Taxes, Governmental Surcharges & Fees | $.00 |
| Total Current Charges Due by May 10, 2008 | $.00 |

**Total Amount Due**                                                    **$209.49**

---

Our records indicate your account is past due. Please send payment now to avoid service disruption.

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|

VE

**verizon**wireless

Bill Date          April 15, 2008
Account Number     706499043—00001
Invoice Number     1412890992

**Total Amount Due**

CHRISTY HALLMAN
JAMES J JENKINS
PO BOX 20848
PHELPS JENKINS GIBSON & FOWLER
TUSCALOOSA, AL 35402-0848

Make check payable to Verizon Wireless.
Please return this remit slip with payment.                    **$209.49**

$ ☐☐☐.☐☐

PO BOX 660108
DALLAS, TX 75266-0108

SEE ATTACHED

☐ Check here and fill out the back of this slip if your billing address
   has changed or you are adding or changing your email address.

1412890992010706499043000010000000000000209495

Writer's E-Mail Address: jjenkins@pjgf.com

May 2, 2008

VERIZON WIRELESS
P. O. Box 660108
Dallas, Texas  75266

    Re:    Christy Hallman / James J. Jenkins
            Account Number 706499043-00001

Dear Verizon:

    The above referenced account has been closed for some time now. I have discussed this with your company on several occasions by telephone. Each time I have been assured that this account would be closed and that no balance is due; however, I keep getting monthly bills. I will expect you to discontinue this practice and, if you do not do so, I intend to take legal action to force this result. Thank you for your attention to this matter.

                                 Yours very truly,

                                   James J. Jenkins

JJJ/bsm

enc:

P:\BMcAteer\Jenkins.Misc\Verizon.050208.AcctClosed.DiscontinueStmts.wpd

**verizon**wireless

P.O. BOX 105378
ATLANTA, GA 30348

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| [redacted]@[redacted].com | 706499043-00001 | Past Due |
| | Invoice Number | 1412890992 |

50021410 01 AB 0.341 **AUTO T5 1 1415 35402-084848 123 E GEOR1510

CHRISTY HALLMAN
JAMES J JENKINS
PO BOX 20848
PHELPS JENKINS GIBSON & FOWLER
TUSCALOOSA, AL 35402-0848

## Quick Bill Summary

Mar 16 – Apr 15

| | |
|---|---|
| Previous Balance *(see back for details)* | $209.49 |
| No Payment Received | $.00 |
| **Balance Forward Due Immediately** | **$209.49** |
| Taxes, Governmental Surcharges & Fees | $.00 |
| Total Current Charges Due by May 10, 2008 | $.00 |

**Total Amount Due** — **$209.49**

Our records indicate your account is past due. Please send payment now to avoid service disruption.

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|

VE

---

**verizon**wireless

Bill Date: April 15, 2008
Account Number: 706499043-00001
Invoice Number: 1412890992

CHRISTY HALLMAN
JAMES J JENKINS
PO BOX 20848
PHELPS JENKINS GIBSON & FOWLER
TUSCALOOSA, AL 35402-0848

**Total Amount Due**

Make check payable to Verizon Wireless.
Please return this remit slip with payment.

$209.49

$ ☐☐☐.☐☐

PO BOX 660108
DALLAS, TX 75266-0108

SEE ATTACHED

☐ Check here and fill out the back of this slip if your billing address has changed or you are adding or changing your email address.

1412890992010706499043000010000000000000209495

EXHIBIT 3

1247 Broadway
Sonoma, CA 95476
PERSONAL & CONFIDENTIAL

CHASE RECEIVABLES
A Professional Collection Agency
800-622-0484

Address Service Requested

PLEASE CALL BETWEEN
Monday-Friday 6:15am to 6:00pm PST

November 21, 2008

#BWNFTZF #CHRD69191811217#

RE: VERIZON WIRELESS

|..||..|.|..|..|||....|.|||..|.|.|..|.|||.|.|.|.||.|..|..|[..|..|

JAMES J JENKINS  03279982-1C
PO BOX 20848 PHELPS
JENKINS GIBSON & F
TUSCALOOSA, AL 35402-0848

For: VN0010

Chase# 03279982
Principal:$ 209.49
Collection Fee:$ 37.70

TOTAL BALANCE: $   247.19

*[handwritten diagonal note: Chase Receivables attn: Michael Broadway 1247 Broadway Sonoma, Cal. 95476]*

HABLAMOS ESPANOL
THIS DEBT HAS BEEN REFERRED TO THIS OFFICE FOR COLLECTION.
THE RECORDS OF THE ABOVE NAMED CREDITOR SHOW THAT THIS DEBT IS
*** PAST DUE ***

WE ARE PROUD OF OUR REPUTATION BY TREATING PEOPLE WITH THE UTMOST RESPECT AND COURTESY
CHECK IT OUT, CALL US.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION OF IT, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST OF THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

Please see the reverse side for the possibility of additional information.

---

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT.

Home Phone: _____    Work Phone: _____

Payment Methods Available: Credit Card, Electronic Payments over the phone, Post-Dated Electronic Payments, Money Orders, Certified Checks, Western Union-(City Code=Chase Receivables, Score CA.)

VERIZON WIRELESS
070649904300001
Chase# 03279982-1C    VZ
CHASE RECEIVABLES
1247 BROADWAY
SONOMA CA  95476

JAMES J JENKINS
PO BOX 20848 PHELPS
JENKINS GIBSON & F
TUSCALOOSA, AL 35402-0848

AMOUNT: $   247.19

JL09.CHR301.2.112108A.03697 3697

Writer's E-Mail Address: jjenkins@pjgf.com

December 4, 2008

Chase Receivables
Attn: Michelle / Office Manager
1247 Broadway
Sonoma, CA  95476

    Re:    Chase #03279982 (For VIN0010)
            Verizon Account Number 706499043-00001

Dear Madam:

    I am enclosing a copy of a statement which you sent to me which is dated 21 November 2008.

    I do not owe this money, and I do not intend to pay any amount at any time to anybody in connection with this unfounded charge. I have spoken by telephone on more than one occasion with representatives of Verizon Wireless. On each such occasion, I was assured that this amount was not owed and that my account had been closed. However, contrary to those assurances, I continue to receive bills. I have not paid them, and I do not intend to pay them. That is where this balance results.

    I have also informed a previous collection agency that contacted me concerning this matter that I do not owe this debt, and that I do not intend to pay this debt. I am now informing you that I do not owe this debt, and I do not intend to pay this debt.

    This letter is to confirm my telephone conversation with you in which I advised you of all these facts and in which I further advised you that I do not expect to be contacted concerning this matter again. If contact continues either by or some other representative of Verizon Wireless I intend to file suit to stop this harassing practice.

    Please make this letter a copy of your permanent file and furnish a copy to the entity from whom you purchased this account or by whom you were employed to attempt collection.

Chase Receivables
Attn: Michelle / Office Manager
December 4, 2008
Page 2

---

Thank you very much for your understanding.

                              Yours very truly,

                              James J. Jenkins

JJJ/bsm

enc:

\\server2k3exg\users\bmcateer\Jenkins.Misc\Verizon\ChaseReceiving.120408.docx

1247 Broadway
Sonoma, CA 95476
PERSONAL & CONFIDENTIAL

Address Service Requested

#BWNFTZF #CHRD69191811217#

JAMES J JENKINS  03279982-1C
PO BOX 20848 PHELPS
JENKINS GIBSON & F
TUSCALOOSA, AL 35402-0848

*[handwritten: Chase Receivables attn: michael 1247 Broadway Sonoma, Cal. 95476]*

**CHASE RECEIVABLES**
A Professional Collection Agency
800-622-0484

PLEASE CALL BETWEEN
Monday-Friday 6:15am to 6:00pm PST

November 21, 2008

**RE: VERIZON WIRELESS**

For: VN0010

Chase# 03279982
Principal:$ 209.49
Collection Fee:$ 37.70

<u>**TOTAL BALANCE: $   247.19**</u>

HABLAMOS ESPANOL
THIS DEBT HAS BEEN REFERRED TO THIS OFFICE FOR COLLECTION.
THE RECORDS OF THE ABOVE NAMED CREDITOR SHOW THAT THIS DEBT IS
*** PAST DUE ***

===============================================================================

WE ARE PROUD OF OUR REPUTATION BY TREATING PEOPLE WITH THE UTMOST RESPECT AND COURTESY
CHECK IT OUT, CALL US.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION OF IT, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST OF THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

Please see the reverse side for the possibility of additional information.

-------------------------------------------------------------------------------

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT.

Home Phone: _____  Work Phone: _____

Payment Methods Available: Credit Card, Electronic Payments over the phone, Post-Dated Electronic Payments, Money Orders, Certified Checks, Western Union-(City Code=Chase Receivables, Score CA.)

VERIZON WIRELESS
070649904300001
**Chase# 03279982-1C    VZ**
CHASE RECEIVABLES
1247 BROADWAY
SONOMA CA  95476

JAMES J JENKINS
PO BOX 20848 PHELPS
JENKINS GIBSON & F
TUSCALOOSA, AL 35402-0848

AMOUNT: $   247.19

JL09.CHR301.2.112108A.03697 3697

ADW-Gen-05771457-1355
CCO/0269273146/ADW-Gen

PO BOX 1962
SOUTHGATE, MI 48195-0962



Consumer Service Department:
PO BOX 361477
Columbus OH 43236
M - F 8:00 am to 5:00 pm PST
(866) 221-3231

**COPY**

| | |
|---|---|
| Client Name: | Verizon Wireless |
| Placement ID: | 0269273146 |
| Client Ref. No: | 070649904300001 |
| Principal Balance: | 209.49 |
| Collection Fee: | 37.70 |
| Total Balance Due: | $247.19 |
| Contact Phone: | (800)204-6521 |

011 610546183
001355/0009

JAMES J JENKINS
PO BOX 20848
TUSCALOOSA, AL 35402   0848

See Consumer Rights Information
on Reverse Side   5/22/2009

**We are a debt collector attempting to collect a debt and any information
obtained will be used for that purpose.**

Verizon Wireless has placed your account with Allied Interstate and has given us the authority to settle your account for less than the total Amount Due. This letter confirms our agreement to accept 65% of the Amount Due as final settlement on the Amount Due listed above. This is a limited opportunity and contingent upon the clearance of your good funds.

If you fail to resolve this issue, Verizon Wireless may take steps to report your account to one or more of the credit bureaus (Experian, TransUnion and Equifax) and your credit record may be negatively affected.

Should you have any questions regarding this matter or would like to discuss payment options please call us at (800)204-6521.

*I will not pay this under any circumstances because I do not owe Verizon a dime! See attached letter to previous collection agency — Please file suit so I can counter claim.*

*James J Jenkins*
*8 June 2009*

To pay by credit card please complete:

MC ( ) VISA ( )
Credit Card #:_____
Signature:_____
Print Name:_____
Exp. Date:_____

Debtor Name:    JAMES J JENKINS
Amount Due:     $247.19
Client Ref. No: 070649904300001

PAY THIS AMOUNT $247.19

Make Payable To:
Allied Interstate
PO Box 361744
Columbus, OH 43236

CA1         2692731462        247197        100



Equifax Products

**Equifax Credit Report ™ for James J. Jenkins**
As of: 06/12/2009.
Available until: 07/12/2009
Confirmation #: ▇▇▇▇▇▇

Report Does Not Update

Print Report

⚠ **Important.** Please print this report as it will only be available for you to view during this session with Equifax. If you would like to view this credit report online free for 30 days, click here.

## Other Accounts   Show All Account Details   Hide All Account Details

These are all accounts that do not fall into the other categories and can include 30-day accounts such as American Express.

## Closed Accounts

| Account Name | Account Number | Date Opened | Balance | Date Reported | Past Due | Account Status |
|---|---|---|---|---|---|---|
| ▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇▇▇▇▇▇▇ | ▇▇▇▇ | ▇▇▇ | ▇▇▇▇ | ▇▇▇ | ▇▇▇▇ |
| VERIZON WIRELESS/SOU  Hide Details | 7064990430XXXX | 09/1999 | $209 | 05/2009 | $209 | CHARGE-OFF |

**VERIZON WIRELESS/SOUTHEAST**

3 Verizon Pl
Alpharetta, GA-300048510

| | | | |
|---|---|---|---|
| Account Number: | 7064990430XXXX | Current Status: | CHARGE OFF |
| Account Owner: | Individual Account. | High Credit: | $0 |
| Type of Account : | Open | Credit Limit: | $0 |
| Term Duration: | | Terms Frequency: | |
| Date Opened: | 09/1999 | Balance: | $209 |

https://aa.econsumer.equifax.com/aad/productView.ehtml?prod_cd=CFDUS&sub...   6/12/2009

| | | | |
|---|---|---|---|
| Date Reported: | 05/2009 | Amount Past Due: | $209 |
| Date of Last Payment: | | Actual Payment Amount: | $0 |
| Scheduled Payment Amount: | $0 | Date of Last Activity: | N/A |
| Date Major Delinquency First Reported: | 05/2008 | Months Reviewed: | 12 |
| Creditor Classification: | | Activity Description: | N/A |
| Charge Off Amount: | $209 | Deferred Payment Start Date: | |
| Balloon Payment Amount: | $0 | Balloon Payment Date: | |
| Date Closed: | | Type of Loan: | Utility Compan |
| Date of First Delinquency: | 12/2007 | | |
| Comments: | Charged off account | | |

**81-Month Payment History**

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | [ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2009 | * | CO | CO | CO | | | | | | | | |
| 2008 | * | * | * | * | CO | CO | * | * | CO | CO | CO | C |
| 2007 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2006 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2005 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2004 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2003 | * | * | * | * | * | * | * | * | * | * | * | * |
| 2002 | | | | | | | | * | * | * | * | * |

**Payment Histor**

Equifax offers you personal credit products that enlighten, enable and empower you. Whether you are managing your credit, protecting your identity or preparing for a major purchase, Equifax offers the tools you need to make the smartest choices possible. For more information visit www.Equifax.com.

Copyright Equifax 2009 | Privacy Policy | Terms of Use | Security Policy | Disclosure Information | FAQs | FCRA

## TransUnion

payment history information, but some creditors report how you make payments each month in relation to your agreement with them.



The following accounts contain information that some creditors may consider to be adverse. Adverse account information may generally be years from the date of the first delinquency, depending on your state of residence. The adverse information in these accounts has been prior >brackets< or is shaded for your convenience, to help you understand your report. They are not bracketed or shaded this way for creditors account # may be scrambled by the creditor for your protection).



**VERIZON WIRELESS #70649904300001**

PO BOX 1850
FOLSOM, CA 95630
(800) 852-1922

| | |
|---|---|
| **Balance:** | $209 |
| **Date Updated:** | 05/2009 |
| **High Balance:** | $209 |
| **Past Due:** | >$209< |

| | |
|---|---|
| **Pay Status:** | >Charged Off as |
| **Account Type:** | Open Account |
| **Responsibility:** | Individual Accoun |
| **Date Opened:** | 09/1999 |
| **Date Closed:** | 06/2008 |

**Loan Type:** Utility Company
**Remark:** >Profit and loss writeoff<
**Estimated date that this item will be removed:** 11/2014

The following accounts are reported with no adverse information. (Note: The account # may be scrambled by the creditor for your protectic

6/12/2009

EXHIBIT 6

**JAMES J JENKINS**
Report As Of: 6/12/2009

freecreditreport.com

## Account History

This section contains specific information on each account you've opened in the past. Positive information about your accounts remains on your report indefinitely. We have provided creditor contact information in order to make it easier for you to resolve any issues. Use the addresses and phone numbers to contact them.



| | VERIZON WIRELESS | Experian | Equifax | TransUnion |
|---|---|---|---|---|
| | Potentially Negative Closed | | | |
| | 800-852-1922 | | What's missing from this picture? | |
| | 1 VERIZON PL ALPHARETTA, GA 30004 | | See your Experian®, Equifax® and TransUnion® Credit Reports and Scores at a special "Members Only" price. | Log In Now! www.FreeCreditReport.com |

| Account Name | VERIZON WIRELESS |
|---|---|
| Account # | 7064990430XXXX |
| Account Type | Unknown - Credit Extension, Review, Or Collection |
| Balance | $209.00 |
| Past Due | |
| Date Opened | 9/1/1999 |
| Account Status | Closed |
| Mo. Payment | |
| Payment Status | Charge-off |
| High Balance | |
| Limit | |
| Terms | 1 Month |
| Comments | |

**24/Mo Payment History**

| Month | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN | JUL | AUG | SEP | OCT | NOV | DEC | JAN | FEB | MAR | APR | MAY | JUN |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2007 | | | | | | 2008 | | | | | | | | | | | | 2009 | | | | | |
| Experian | | | | | | | | | | | KD | ND | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD | KD |



| Personal Profile | Credit Summary | Public Records | Credit Inquires | Account History | Credit Score |