Case 7:09-cv-01445-HGD   Document 25-1   Filed 11/06/09   Page 1 of 8

FILED
2009 Nov-06 AM 11:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

EXHIBIT 1

Writer's E-Mail Address: jjenkins@pjgf.com

May 2, 2008

VERIZON WIRELESS
P. O. Box 660108
Dallas, Texas   75266

    Re:    Christy Hallman / James J. Jenkins
             Account Number 706499043-00001

Dear Verizon:

    The above referenced account has been closed for some time now. I have discussed this with your company on several occasions by telephone. Each time I have been assured that this account would be closed and that no balance is due; however, I keep getting monthly bills. I will expect you to discontinue this practice and, if you do not do so, I intend to take legal action to force this result. Thank you for your attention to this matter.

                                                Yours very truly,

                                                James J. Jenkins

JJJ/bsm

enc:

P:\BMcAteer\Jenkins.Misc\Verizon.050208.AcctClosed.DiscontinueStmts.wpd

EXHIBIT 1

**verizon**wireless

P.O. BOX 105378
ATLANTA, GA 30348

| Manage Your Account | Account Number | Date Due |
|---|---|---|
| | 706499043-00001 | Past Due |
| | Invoice Number | 1412890992 |

50021410  01 AB 0.341  **AUTO  T5 1 1415 35402-084848 123  E GEOR1510

CHRISTY HALLMAN
JAMES J JENKINS
PO BOX 20848
PHELPS JENKINS GIBSON & FOWLER
TUSCALOOSA, AL 35402-0848

### Quick Bill Summary                 Mar 16 – Apr 15

| | |
|---|---|
| Previous Balance *(see back for details)* | $209.49 |
| No Payment Received | $.00 |
| **Balance Forward Due Immediately** | **$209.49** |
| Taxes, Governmental Surcharges & Fees | $.00 |
| Total Current Charges Due by May 10, 2008 | $.00 |

**Total Amount Due**                                   **$209.49**

Our records indicate your account is past due. Please send payment now to avoid service disruption.

| Pay from Wireless | Pay on the Web | Questions: |
|---|---|---|

VE

---

**verizon**wireless

Bill Date: April 15, 2008
Account Number: 706499043—00001
Invoice Number: 1412890992

CHRISTY HALLMAN
JAMES J JENKINS
PO BOX 20848
PHELPS JENKINS GIBSON & FOWLER
TUSCALOOSA, AL  35402-0848

**Total Amount Due**

Make check payable to Verizon Wireless.
Please return this remit slip with payment.       **$209.49**

$ ☐☐☐.☐☐

PO BOX 660108
DALLAS, TX 75266-0108

*SEE ATTACHED* (handwritten)

☐ Check here and fill out the back of this slip if your billing address has changed or you are adding or changing your email address.

1412890992010706499043000100000000000002094495

5620 SOUTHWYCK BLVD SUITE 206
TOLEDO OH 43614

1-800-867-3104

May 28, 2008

JAMES J JENKINS
PO BOX 20848
TUSCALOOSA AL 35402-0848

Re:             VERIZON WIRELESS SOUTH AREA
Account Number: 00100706499904300001
Service Date:   05-13-08
Principle Amt:  $209.49
Collection Fee: $37.70
Balance Due:    $247.19

This account has been placed with our office for collection. Please pay in full to our office or call for arrangements.

When calling our office, please refer to reference number 22048442.

Sincerely,

United Collection Bureau, Inc.

This is an attempt to collect a debt by UCB, Inc., a debt collector, and any information obtained will be used for that purpose.

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid. If you notify this office in writing within 30 days from receiving this notice that you dispute the validity of this debt or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification. If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

ICU027000VDN

PO BOX 140190
TOLEDO OH 43614-0190

ADDRESS SERVICE REQUESTED

☐ Please check box if address shown is incorrect or insurance
   information has changed, and indicate change(s) on reverse side.

#BWNHRMD   0602961    018195299
#0528 0431 0075 5985#    22048442-VDN

JAMES J JENKINS
PO BOX 20848
TUSCALOOSA AL 35402-0848

**PLEASE RETURN THIS PORTION WITH PAYMENT. DO NOT ATTACH CHECK TO STUB.**

Re: VERIZON WIRELESS SOUTH AREA
Account Number:  00100706499904300001
Service Date:    05-13-08
Principle Amt:   $209.49
Collection Fee:  $37.70
Balance Due:     $247.19

REMIT TO:

UNITED COLLECTION BUREAU, INC.
PO BOX 140190
TOLEDO OH 43614-0190

1247 Broadway
Sonoma, CA 95476
PERSONAL & CONFIDENTIAL

Address Service Requested

#BWNFTZF #CHRD69191811217#

JAMES J JENKINS  03279982-1C
PO BOX 20848 PHELPS
JENKINS GIBSON & F
TUSCALOOSA, AL 35402-0848

*[handwritten across page: Chase Receivables Attn: Michael / 1247 Broadway / Sonoma, Cal. 95476]*

CHASE RECEIVABLES                    EXHIBIT 3
A Professional Collection Agency
800-622-0484

PLEASE CALL BETWEEN
Monday-Friday 6:15am to 6:00pm PST

November 21, 2008

**RE: VERIZON WIRELESS**

For: VN0010

Chase# 03279982
Principal: $ 209.49
Collection Fee: $ 37.70

**TOTAL BALANCE: $   247.19**

HABLAMOS ESPANOL
THIS DEBT HAS BEEN REFERRED TO THIS OFFICE FOR COLLECTION.
THE RECORDS OF THE ABOVE NAMED CREDITOR SHOW THAT THIS DEBT IS
*** PAST DUE ***

---

WE ARE PROUD OF OUR REPUTATION BY TREATING PEOPLE WITH THE UTMOST RESPECT AND COURTESY
CHECK IT OUT, CALL US.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION OF IT, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST OF THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

Please see the reverse side for the possibility of additional information.

---

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT.

Home Phone: _____   Work Phone: _____

Payment Methods Available: Credit Card, Electronic Payments over the phone, Post-Dated Electronic Payments, Money Orders, Certified Checks, Western Union-(City Code=Chase Receivables, Score CA.)

VERIZON WIRELESS                           JAMES J JENKINS
070649904300001                            PO BOX 20848 PHELPS
**Chase# 03279982-1C   VZ**                JENKINS GIBSON & F
CHASE RECEIVABLES                          TUSCALOOSA, AL 35402-0848
1247 BROADWAY
SONOMA CA 95476                            AMOUNT: $   247.19

JL09.CHR301.2.112108A.03697 3697

Writer's E-Mail Address: jjenkins@pjgf.com

December 4, 2008

Chase Receivables
Attn: Michelle / Office Manager
1247 Broadway
Sonoma, CA  95476

    Re:    Chase #03279982 (For VIN0010)
              Verizon Account Number 706499043-00001

Dear Madam:

    I am enclosing a copy of a statement which you sent to me which is dated 21 November 2008.

    I do not owe this money, and I do not intend to pay any amount at any time to anybody in connection with this unfounded charge. I have spoken by telephone on more than one occasion with representatives of Verizon Wireless. On each such occasion, I was assured that this amount was not owed and that my account had been closed. However, contrary to those assurances, I continue to receive bills. I have not paid them, and I do not intend to pay them. That is where this balance results.

    I have also informed a previous collection agency that contacted me concerning this matter that I do not owe this debt, and that I do not intend to pay this debt. I am now informing you that I do not owe this debt, and I do not intend to pay this debt.

    This letter is to confirm my telephone conversation with you in which I advised you of all these facts and in which I further advised you that I do not expect to be contacted concerning this matter again. If contact continues either by or some other representative of Verizon Wireless I intend to file suit to stop this harassing practice.

    Please make this letter a copy of your permanent file and furnish a copy to the entity from whom you purchased this account or by whom you were employed to attempt collection.

Chase Receivables
Attn: Michelle / Office Manager
December 4, 2008
Page 2

---

Thank you very much for your understanding.

Yours very truly,

James J. Jenkins

JJJ/bsm

enc:

\\server2k3exg\users\bmcateer\Jenkins.Misc\Verizon\ChaseReceiving.120408.docx

1247 Broadway  
Sonoma, CA 95476  
PERSONAL & CONFIDENTIAL

Address Service Requested

#BWNFTZF #CHRD69191811217#

JAMES J JENKINS  03279982-1C  
PO BOX 20848 PHELPS  
JENKINS GIBSON & F  
TUSCALOOSA, AL 35402-0848

EXHIBIT 4

**CHASE RECEIVABLES**  
A Professional Collection Agency  
800-622-0484

PLEASE CALL BETWEEN  
Monday-Friday 6:15am to 6:00pm PST

November 21, 2008

**RE: VERIZON WIRELESS**

For: VN0010

Chase#.03279982  
Principal:$ 209.49  
Collection Fee:$ 37.70

**TOTAL BALANCE: $   247.19**

*[handwritten across page: Chase Receivables attn: Michelle / 1247 Broadway / Sonoma, Cal. 95476]*

HABLAMOS ESPANOL  
THIS DEBT HAS BEEN REFERRED TO THIS OFFICE FOR COLLECTION.  
THE RECORDS OF THE ABOVE NAMED CREDITOR SHOW THAT THIS DEBT IS  
*** PAST DUE ***

---

WE ARE PROUD OF OUR REPUTATION BY TREATING PEOPLE WITH THE UTMOST RESPECT AND COURTESY  
CHECK IT OUT, CALL US.

UNLESS YOU NOTIFY THIS OFFICE WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION THEREOF, THIS OFFICE WILL ASSUME THIS DEBT IS VALID. IF YOU NOTIFY THIS OFFICE IN WRITING WITHIN 30 DAYS FROM RECEIVING THIS NOTICE THAT YOU DISPUTE THE VALIDITY OF THIS DEBT OR ANY PORTION OF IT, THIS OFFICE WILL OBTAIN VERIFICATION OF THE DEBT OR OBTAIN A COPY OF A JUDGMENT AND MAIL YOU A COPY OF SUCH JUDGMENT OR VERIFICATION. IF YOU REQUEST OF THIS OFFICE IN WRITING WITHIN 30 DAYS AFTER RECEIVING THIS NOTICE THIS OFFICE WILL PROVIDE YOU WITH THE NAME AND ADDRESS OF THE ORIGINAL CREDITOR, IF DIFFERENT FROM THE CURRENT CREDITOR.

THIS IS AN ATTEMPT TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. THIS COMMUNICATION IS FROM A DEBT COLLECTOR.

Please see the reverse side for the possibility of additional information.

---

DETACH AND RETURN THIS PORTION WITH YOUR PAYMENT.

Home Phone: _____    Work Phone: _____

Payment Methods Available: Credit Card, Electronic Payments over the phone, Post-Dated Electronic Payments, Money Orders, Certified Checks, Western Union-(City Code=Chase Receivables, Score CA.)

VERIZON WIRELESS  
070649904300001  
**Chase# 03279982-1C**   VZ  
CHASE RECEIVABLES  
1247 BROADWAY  
SONOMA CA  95476

JAMES J JENKINS  
PO BOX 20848 PHELPS  
JENKINS GIBSON & F  
TUSCALOOSA, AL 35402-0848

AMOUNT: $   247.19

JL09.CHR301.2.112108A.03697 3697

ADW-Gen-05771457-1352
CCO/0269273146/ADW-I

PO BOX 1962
SOUTHGATE, MI 48195-0962

**Allied Interstate**

COPY

Consumer Service Department
PO BOX 361477
Columbus OH 43236
M - F 8:00 am to 5:00 pm PST
(866) 221-3231

| | |
|---|---|
| Client Name: | Verizon Wireless |
| Placement ID: | 0269273146 |
| Client Ref. No: | 070649904300001 |
| Principal Balance: | 209.49 |
| Collection Fee: | 37.70 |
| Total Balance Due: | $247.19 |
| Contact Phone: | (800)204-6521 |

011 610546183
001355/0009

JAMES J JENKINS
PO BOX 20848
TUSCALOOSA, AL 35402    0848

See Consumer Rights Information on Reverse Side

5/22/2009

We are a debt collector attempting to collect a debt and any information obtained will be used for that purpose.

Verizon Wireless has placed your account with Allied Interstate and has given us the authority to settle your account for less than the total Amount Due. This letter confirms our agreement to accept 65% of the Amount Due as final settlement on the Amount Due listed above. This is a limited opportunity and contingent upon the clearance of your good funds.

If you fail to resolve this issue, Verizon Wireless may take steps to report your account to one or more of the credit bureaus (Experian, TransUnion and Equifax) and your credit record may be negatively affected.

Should you have any questions regarding this matter or would like to discuss payment options please call us at (800)204-6521.

*[Handwritten note: I will not pay this under any circumstances because I do not owe Verizon a dime! See attached letter to previous collection agency — Please file suit so I can counter claim. James Jenkins  8 June 2009]*

To pay by credit card please complete:

Debtor Name:     JAMES J JENKINS
Amount Due:      $247.19
Client Ref. No:  070649904300001

MC ( )  VISA ( )
Credit Card #:_____
Signature:_____
Print Name:_____
Exp. Date:_____

PAY THIS AMOUNT $247.19

Make Payable To:
Allied Interstate
PO Box 361744
Columbus, OH 43236

CA1        2692731462        24719 7        100